UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>K. BOTMI, et al.,<br><br>    Defendants. | No. 2:24-cv-1417 DAD AC P<br><br><br>ORDER |

On November 25, 2024, defendants filed a motion to dismiss. ECF No. 24. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 2, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1