UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JESUS DIAZ, | No. 2:24-cv-01417-DAD-AC (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |
| K. BOTMI, et al., | |
| Defendants. | |
| | (Doc. Nos. 16, 24, 26) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to prosecute and comply with court orders.  (Doc. No. 26 at 1.)  In particular, the magistrate judge noted that on January 3, 2025, the court ordered plaintiff to file an opposition or statement of non-opposition within twenty-one days to defendants' pending motion to dismiss plaintiff's first amended complaint, but plaintiff had not done so.  (*Id*; *see* Doc. No. 25.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To

1

date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 11, 2025 (Doc. No. 26) are ADOPTED in full;
2. Defendants' motion to dismiss plaintiff's first amended complaint (Doc. No. 24) is DENIED as having been rendered moot by this order;
3. The court DECLINES to adopt the findings and recommendations issued on October 16, 2024 screening plaintiff's first amended complaint and recommending dismissal of plaintiff's Eighth Amendment claim brought against defendants Botmi and Villanueva (Doc. No. 16) as also having been rendered moot by this order;
4. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **April 1, 2025**   
 DALE A. DROZD  
 UNITED STATES DISTRICT JUDGE